Constance E. Brooks, *pro hac vice*
Danielle R. Bettencourt, *pro hac vice*
FAIRFIELD & WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202-2645
(303) 894-4431
cbrooks@fwlaw.com
dbettencourt@fwlaw.com

W. Alan Schroeder (ISB #4118)
SCHROEDER LAW
Tulip S Building, Suite 110
1449 South David Lane
Boise, ID 83705-3185
(208) 914-6699, Ext. 1
(208) 813-6478 (fax)
alan@schroederlaw.net

*Attorneys for Defendant*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO CONSERVATION LEAGUE,       ) | No. 1:18-cv-353-REB |
| ) | |
| Plaintiff,       ) | |
| ) | **NOTICE OF APPEAL** |
| v.       ) | |
| ) | |
| SHANNON POE,       ) | |
| ) | |
| Defendant.       ) | |
| _____ ) | |

Pursuant to Fed. R. App. 3 and 4(a)(1)(A), notice is hereby given that Shannon Poe, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit the District Court's Memorandum Decision and Order entered September 30, 2019, as to Plaintiff's notice and standing (ECF No. 26); the District Court's Memorandum Decision and Order entered June 4, 2021, as to liability (ECF No. 50); the District Court's Memorandum Decision and Order entered September 28, 2022, as to remedy (ECF No. 66); and

the Judgment entered on October 21, 2022 (ECF No. 67). The above-captioned case was first filed in the U.S. District Court, District of Idaho on August 10, 2018 (ECF No. 1). The fee for the appeal is being submitted concurrently with this notice.

Respectfully submitted this 18th day of November, 2022

/s/ W. Alan Schroeder
W. Alan Schroeder (ISB #4118)
SCHROEDER LAW
Tulip S Building, Suite 110
1449 South David Lane
Boise, ID 83705-3185
(208) 914-669 (telephone)
(208) 813-6478 (fax)
alan@schroederlaw.net

/s/ Danielle R. Bettencourt
Constance E. Brooks
Danielle R. Bettencourt
FAIRFIELD & WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202-2645
(303) 894-4431
cbrooks@fwlaw.com
dbettencourt@fwlaw.com

**REPRESENTATION STATEMENT**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedures and Ninth Circuit Rule 3-2(b), Defendant Shannon Poe submits this representation statement regarding the above-captioned action and the attorneys representing those parties on appeal as follows:

1. Appellant/Defendant Shannon Poe:

   Frank Garrison
   Pacific Legal Foundation
   3100 Clarendon Blvd., Suite 610
   Arlington, VA 22201
   (202) 888-6881
   fgarrison@pacificlegal.org

   Danielle R. Bettencourt
   FAIRFIELD & WOODS, P.C.
   1801 California Street, Suite 2600
   Denver, CO 80202-2645
   (303) 894-4431
   dbettencourt@fwlaw.com

2. Appellee/Plaintiff Idaho Conservation League:

   Bryan Hurlbutt (ISB # 8501)
   Laurence J. Lucas (ISB # 4733)
   ADVOCATES FOR THE WEST
   P.O. Box 1612
   Boise, ID 83701
   (208) 342-7024
   (208) 342-8286 (fax)
   bhurlbutt@advocateswest.org
   llucas@advocateswest.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2022, I filed the foregoing NOTICE OF APPEAL AND REPRESENTATION STATEMENT electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bryan Hurlbutt, Attorney for Plaintiff
bhurlbutt@advocateswest.org

Laurence J. Lucas, Attorney for Plaintiff
llucas@advocateswest.org

/s/ Danielle R. Bettencourt
Danielle R. Bettencourt
Fairfield & Woods, P.C.
Attorney for Defendant