Constance E. Brooks, *pro hac vice*
Danielle R. Bettencourt, *pro hac vice*
FAIRFIELD & WOODS, P.C.
1801 California Street, Suite 2600
Denver, CO 80202-2645
(303) 894-4431
cbrooks@fwlaw.com
dbettencourt@fwlaw.com

W. Alan Schroeder (ISB #4118)
SCHROEDER LAW
Tulip S Building, Suite 110
1449 South David Lane
Boise, ID 83705-3185
(208) 914-6699, Ext. 1
(208) 813-6478 (fax)
alan@schroederlaw.net

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| IDAHO CONSERVATION LEAGUE, | ) | No. 1:18-cv-353-REB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO STAY PROCEEDINGS** |
| v. | ) | **ON PLAINTIFF IDAHO** |
| | ) | **CONSERVATION LEAGUES'** |
| SHANNON POE, | ) | **MOTION FOR ATTORNEYS' FEES** |
| | ) | **AND COSTS** |
| Defendant. | ) | |
| | ) | |

On November 4, 2022, Plaintiff Idaho Conservation League ("ICL") filed a motion for award of attorney fees and litigation expenses incurred in the above captioned matter. ECF No. 69. Then on November 18, 2022, Defendant Shannon Poe ("Defendant Poe") filed a notice of appeal to the Ninth Circuit. ECF No. 70. In light of the filing of the notice of appeal, Defendant respectfully requests this Court to stay the briefing and any ruling on the motion for fees until the appeal is resolved. If this Court finds a stay is not appropriate, then Defendant Poe requests for an

extension of time (30 days) to file a response to the ICL's motion for fees. Defendant Poe's conferred with ICL's counsel regarding this motion, and ICL states it is unlikely to oppose the motion but has reserved its final position on the motion until it has reviewed this filing.

As explained in the accompanying memorandum in support, Defendant Poe is appealing the merits of the case and posing a serious legal question of whether Section 404 of the Clean Water Act regulates his suction dredge mining activities or whether these activities added pollutants to the South Fork Clearwater River and required a Section 402 permit. If Defendant Poe is successful on appeal, then any award of attorney fees would need to be vacated and any fees paid by Defendant Poe to ICL would have to be returned. Further, ICL would not be injured by the stay because their right to attorneys' fees will be preserved pending resolution of the appeal. It would also avoid unnecessary duplication of efforts on briefing for attorney fees if ICL is successful on appeal. Finally, the public interest is furthered with a stay by promoting judicial efficiency and economy.

WHEREFORE, Defendant Poe respectfully requests this Court to grant this motion, and stay any briefing and ruling on the motion for attorney fees pending resolution of the appeal.

WHEREFORE, If the Court denies the motion for a stay, then Defendant Poe requests an additional 30 days from the Court denying the motion to file a response on ICL's motion for fees.

Respectfully submitted this 25th day of November, 2022

>/s/ W. Alan Schroeder
> W. Alan Schroeder (ISB #4118)
> SCHROEDER LAW
> Tulip S Building, Suite 110
> 1449 South David Lane
> Boise, ID 83705-3185
> (208) 914-669 (telephone)
> (208) 813-6478 (fax)
> alan@schroederlaw.net

>*/s/* Danielle R. Bettencourt
>Constance E. Brooks
>Danielle R. Bettencourt
>FAIRFIELD & WOODS, P.C.
>1801 California Street, Suite 2600
>Denver, CO 80202-2645
>(303) 894-4431
>cbrooks@fwlaw.com
>dbettencourt@fwlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 23, 2022, I filed the foregoing MOTION TO STAY PROCEEDINGS ON PLAINTIFF IDAHO CONSERVATION LEAGUES' MOTION FOR ATTORNEYS' FEES AND COSTS and SUPPORTING MEMORANDUM electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bryan Hurlbutt, Attorney for Plaintiff
bhurlbutt@advocateswest.org

Laurence J. Lucas, Attorney for Plaintiff
llucas@advocateswest.org

/s/ Danielle R. Bettencourt
Danielle R. Bettencourt
Fairfield & Woods, P.C.
Attorney for Defendant